| Case | Docket | Date | Judges | Disposition |
|---|---|---|---|---|
| D.T.T. v. Indiana Department of Child Services | 79A02–1605–JC–1147 | 01/13/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Cole v. State | 71A03–1605–CR–1034 | 01/13/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Nesbitt v. State | 49A02–1606–CR–1233 | 01/13/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| X.T. v. State | 49A05–1605–JV–1126 | 01/13/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Robinson v. State | 46A04–1511–CR–2040 | 01/17/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| King v. State | 49A05–1605–PC–1059 | 01/17/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Wyckford SK Realty, LLC v. JPMCC 2006–CIBC14–7777 Wyckford Ct LLC | 49A04–1605–MF–1159 | 01/17/2017 | BRADFORD, J.<br><br>VAIDIK, C.J.<br>BROWN, J. | Affirmed in part, Reversed in part, and Remanded for further proceedings<br>Concurs<br>Concurs |
| Rubio v. State | 50A05–1608–CR–1836 | 01/17/2017 | BAKER, J.<br><br>MATHIAS, J.<br>PYLE, J. | Remanded for entry of a new sentencing order<br>Concurs<br>Concurs |
| E.L., In re | 54A01–1609–JT–2158 | 01/17/2017 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Twilley v. Pangea Real Estate | 49A05–1604–CT–737 | 01/17/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |